| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Anita Y Kalyana** | | | Social Security number or ITIN | **xxx–xx–3038** |
| | First Name  Middle Name  Last Name | | | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | | Social Security number or ITIN  _ _ _ _ | |
| | | | | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Northern District of Illinois** | | | Date case filed for chapter  **13   4/14/21** | |
| Case number:  **21–04922** | | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anita Y Kalyana | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9361 Bay Colony Dr, Apt 1N Des Plaines, IL 60016 | |
| 4. | **Debtor's attorney** Name and address | David H Cutler Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076 | Contact phone 847–673–8600 Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | M.O. Marshall 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 4/15/21 |

**For more information, see page 2**

Debtor **Anita Y Kalyana**                                                                                      Case number **21–04922**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 11, 2021 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:** **Appear by Video Conference. Visit, www.13network.com, Scroll to Illinois – M.O. Marshall** |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/12/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/23/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/12/21** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The hearing on confirmation will be held on: **6/1/21** at **10:30 AM** , Location: **Appear Using Zoom for Government, Judge Doyle. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 161 155 8289 and passcode Doyle742.** The debtor has not filed a plan as of this date. A copy of the plan will be sent separately. **The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00** Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                    Case No. 21-04922-CAD

Anita Y Kalyana                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                     User: jclarke                              Page 1 of 2

Date Rcvd: Apr 15, 2021                  Form ID: 309I                              Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita Y Kalyana, 9361 Bay Colony Dr, Apt 1N, Des Plaines, IL 60016-3744 |
| 29325336 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 29325338 | + | Refugee Svcs, 1717 Massachusetts Av Nw, Washington, DC 20036-2001 |
| 29325341 | + | Target Card Services, PO Box 30171, Tampa, FL 33630-3171 |
| 29325342 | + | Turner Acceptance Crp, Attn: Bankruptcy, 4454 N. Western Ave, Chicago, IL 60625-2115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: cutlerfilings@gmail.com | Apr 15 2021 23:46:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | Email/Text: bncnotice@55chapter13.com | Apr 15 2021 23:47:00 | M.O. Marshall, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 |
| ust | + Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Apr 15 2021 23:48:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 29325325 | EDI: HNDA.COM | Apr 16 2021 02:08:00 | American Honda Finance Corporation, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 29325326 | + EDI: ATTWIREBK.COM | Apr 16 2021 02:03:00 | AT&T, PO Box 8100, Aurora, IL 60507-8100 |
| 29325347 | + EDI: ATTWIREBK.COM | Apr 16 2021 02:03:00 | AT&T, Bankruptcy Department, PO Box 769, Arlington TX 76004-0769 |
| 29325324 | + Email/Text: bankruptcy@rentacenter.com | Apr 15 2021 23:49:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 29325327 | + Email/Text: bk@avant.com | Apr 15 2021 23:48:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 29325328 | + EDI: CAPITALONE.COM | Apr 16 2021 02:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29325348 | EDI: CAPITALONE.COM | Apr 16 2021 02:03:00 | Capital One, POB 30285, Salt Lake City UT 84130-0285 |
| 29325329 | + EDI: CAPONEAUTO.COM | Apr 16 2021 02:08:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29325331 | + EDI: WFNNB.COM | Apr 16 2021 02:03:00 | Comenity Bank/Carsons, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29325332 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2021 01:26:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29325333 | EDI: CITICORP.COM | Apr 16 2021 02:03:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| 29325334 | + | Email/Text: bknotice@ercbpo.com | Apr 15 2021 23:48:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 29325335 | + | EDI: AMINFOFP.COM | Apr 16 2021 02:08:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 29325330 | | EDI: JPMORGANCHASE | Apr 16 2021 02:03:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 29325337 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 15 2021 23:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 29325339 | + | Email/Text: bankruptcy@speedyinc.com | Apr 15 2021 23:47:00 | Speedy Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 29325346 | + | EDI: RMSC.COM | Apr 16 2021 02:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29325340 | + | EDI: RMSC.COM | Apr 16 2021 02:03:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orlando, FL 32896-5064 |
| 29325343 | + | Email/Text: Bankruptcy@ukfcu.org | Apr 15 2021 23:49:00 | University of Kentucky FCU, Attn: Bankruptcy, 1730 Alysheba Way, Lexington, KY 40509-2279 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David H Cutler | on behalf of Debtor 1 Anita Y Kalyana cutlerfilings@gmail.com r48280@notify.bestcase.com |
| M.O. Marshall | ecf@55chapter13.com ecfchi@gmail.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3