UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-04922 |
| Anita Y Kalyana | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the MOTION TO EXTEND THE AUTOMATIC STAY, pursuant to SECTION 11 USC 362(c)(3)(b),

IT IS ORDERED that the motion is granted as follows:

The automatic stay is extended as to all creditors.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 11, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600